# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-05575-DDP (SK) | Date | July 1, 2019 |
|---|---|---|---|
| Title | Henrico Southward v. W. L. Montgomery | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Cheryl Wynn | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Petitioner is a California state prisoner serving a sentence imposed under California's Three Strikes law. In 2016, he unsuccessfully petitioned for resentencing in California state court (L.A. Super. Ct. NA024609) under Proposition 36, which permits discretionary resentencing for prisoners convicted of non-violent or non-serious third strike offenses, unless the state "court determines that resentencing would pose an unreasonable risk of danger to public safety." *Williams v. Valenzuela*, 2018 WL 2059644, at *2 (C.D. Cal. Mar. 23, 2018). Petitioner appealed that denial of Proposition 36 relief in the California state appellate courts, but the California Court of Appeal affirmed (Cal. Ct. App. B279209), and the California Supreme Court then denied review (Cal. S254021).

Petitioner now challenges the California state courts' denial of Proposition 36 resentencing through a federal habeas petition under 28 U.S.C. § 2254. But federal courts have jurisdiction under § 2254 to review a state prisoner's claim "only on the ground that he is in custody in violation of the Constitution or laws . . . of the United States." 28 U.S.C. § 2254(a). Proposition 36 relief is purely a creature of state law; it is not mandated by federal law or the Constitution. Thus, Petitioner's claim is not reviewable in federal habeas court. *See Williams*, 2018 WL 2059644, at *5 ("Matters relating to state sentencing law generally are not cognizable on federal habeas review."); *Jones v. Super. Ct. of L.A.*, 2016 WL 7638205, at *2 (C.D. Cal. Nov. 17, 2016) (claim for resentencing under Proposition 36 "is not cognizable . . . because it pertains solely to the state court's interpretation of state sentencing law").

THEREFORE, Petitioner is ORDERED TO SHOW CAUSE on or before **July 31, 2019** why the Court should not dismiss this action for lack of jurisdiction. If Petitioner no longer wishes to pursue this action, he may voluntarily dismiss the action by filing a Notice of Voluntary Dismissal on the attached Form CV-09. *See* Fed. R. Civ. P. 41(a). If Petitioner does not file a notice of voluntary dismissal or other timely response to this Order to Show Cause by July 31, 2019, the Court may also recommend involuntary dismissal of the Petition for failure to prosecute and/or obey court orders. *See* Fed. R. Civ. P 41(b); L.R. 41-1.

Attachment: CV-09