UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRICO SOUTHWARD,<br><br>                Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>                Respondent. | CASE NO. 2:19-CV-5575-DDP (SK)<br><br>JUDGMENT |

    Pursuant to the Order Denying First Amended Petition, IT IS ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: 11-1-2019

DEAN D. PREGERSON
U.S. DISTRICT JUDGE